## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ERNESTINA VILLAREAL | § | |
| | § | |
| V. | § | CIV. ACT. NO. 3:20-cv-1772 |
| BLUE CROSS BLUE SHIELD OF | § | |
| TEXAS | § | |

_____

## NOTICE OF SETTLEMENT
_____


COMES NOW Health Care Service Corporation, incorrectly identified as Blue Cross Blue Shield of Texas, Defendant; and United Surgical Partners International, Movant for Intervention, and hereby notify the Court that all matters asserted by the parties herein have been settled.   Unless otherwise ordered by the Court, the parties will file a Stipulation of Dismissal within 30 days.

Respectfully submitted,


  /s/   Laura D. Schmidt
Laura D. Schmidt
SBN: 22142300

**KELLY, SMITH & SCHMIDT, P.C.**
5700 Tennyson Pkwy. Ste. 300 **
Plano, TX 75024
(972) 636-7900
(713) 861-7100
schmidt@kellysmithpc.com

*__**all mailed correspondence should be directed to the Houston office,__ 4305 Yoakum Blvd., Houston, TX 77006*

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b)(2)(e)(E), this document has been served on all counsel of record as shown below:

***Via E-Mail and/or E-Serve:***
Felipe B. Link
Javier Gonzalez
Daniella R. Alvaredo
**LINK & ASSOCIATES**
10440 North Central Expy., Ste. 950
Dallas, Texas 75231
flink@linklawpc.com
jgonzalez@linklawpc.com
dalvarado@linklawpc.com

/s/   Laura D. Schmidt
Laura D. Schmidt